| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Morgan, Ronald G. | 2. Court or Organization<br><br>District Court-Southern Texas | 3. Date of Report<br><br>04/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>600 East Harrison Street<br>Ste 204<br>Brownsville, TX 78520 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Tustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | First Mortgage on Rental Property #1, Alexandria, VA (part VII, line 13) | N |
| 2. | ETrade | Second Mortgage on Rental Property #1, Alexandria, VA (part VII, line 13) | L |
| 3. | Sallie Mae | Student Loan | K |
| 4. | Sallie Mae/Dept of Education | Student Loan | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 assets follow: | | | | | | | | | |
| 2. - Chevron | A | Dividend | J | T | | | | | |
| 3. - Energen | A | Dividend | J | T | | | | | |
| 4. - Microsoft | A | Dividend | J | T | | | | | |
| 5. - Republic Services | A | Dividend | K | T | | | | | |
| 6. - Insured Bank Program Stifel Nicolaus | A | Int./Div. | J | T | | | | | |
| 7. - American Express Bank FSB (X) | A | Interest | J | T | Buy | 12/2/11 | J | | |
| 8. - American Express Centurion (X) | A | Interest | J | T | Buy | 12/13/11 | J | | |
| 9. ▓▓▓ IRA assets follow: | | | | | | | | | |
| 10. - Senomyx | | None | J | T | | | | | |
| 11. - Insured Bank Program Money Mkt Stifel Nicolaus | A | Int./Div. | L | T | | | | | |
| 12. End of ▓▓▓ IRA Assets | | | | | | | | | |
| 13. Rental Property #1, Alexandria VA (2004 $480,000) | E | Rent | N | R | | | | | |
| 14. POA exercised by ▓▓▓ living trust * | | | | | | | | | See Part VIII |
| 15. - US Govt Money Market Fund - RBC Reserve Class (X) | A | Interest | M | T | | | | | |
| 16. - Chevron Corp (X) | D | Int./Div. | M | T | | | | | |
| 17. - Exxon Corp (X) | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - FirstEnergy Corp (X) | A | Int./Div. | J | T | | | | | |
| 19. - Home Depot Inc (X) | B | Int./Div. | K | T | | | | | |
| 20. - Pfizer Inc (X) | A | Int./Div. | K | T | | | | | |
| 21. - Verizon Communications(X) | A | Int./Div. | J | T | | | | | |
| 22. - ISHARES Trust Barclays US (X) | A | Interest | L | T | | | | | |
| 23. - ISHARES Trust IBOXX S Investop (X) | A | Interest | L | T | | | | | |
| 24. - Citizens BK Flnt Mich CD (X) | A | Interest | L | T | | | | | |
| 25. - FirstBank PR Santurce CD (X) | B | Interest | L | T | | | | | |
| 26. - Ishares Trust Barclays US Aggr Bond (X) | A | Interest | K | T | | | | | |
| 27. - Citizens St Bk Okemah OK (X) | A | Interest | L | T | | | | | |
| 28. - US Govt Money Mkt Fund (X) | A | Interest | J | T | | | | | |
| 29. - Abbott Lab (X) | A | Int./Div. | J | T | | | | | |
| 30. - Altria Group Inc (X) | A | Int./Div. | J | T | | | | | |
| 31. - AT&T Inc (X) | A | Int./Div. | J | T | | | | | |
| 32. - Automatic Data Processing Inc (X) | A | Int./Div. | J | T | | | | | |
| 33. - Bristol Myers Squibb Co (X) | A | Int./Div. | J | T | | | | | |
| 34. - CenturyLink Inc. (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Chevron Corp. (X) | A | Int./Div. | J | T | | | | | |
| 36. - Chubb Corp (X) | A | Int./Div. | J | T | | | | | |
| 37. - Diamond Offshore Drilling, Inc. (X) | A | Int./Div. | J | T | | | | | |
| 38. - Eli Lilly & Co (X) | A | Int./Div. | J | T | | | | | |
| 39. - FirstEnergy Corp (X) | A | Int./Div. | J | T | | | | | |
| 40. - HJ Heinz Co (X) | A | Int./Div. | J | T | | | | | |
| 41. - Johnson & Johnson (X) | A | Int./Div. | J | T | | | | | |
| 42. - Kinder Morgan Inc (X) | A | Int./Div. | J | T | | | | | |
| 43. - Merck & Co Inc (X) | A | Int./Div. | J | T | | | | | |
| 44. - Microchip Technology Inc (X) | A | Int./Div. | J | T | | | | | |
| 45. - NSTAR (X) | A | Int./Div. | J | T | | | | | |
| 46. - Philip Morris Intl (X) | A | Int./Div. | J | T | | | | | |
| 47. - Proctor & Gamble (X) | A | Int./Div. | J | T | | | | | |
| 48. - Bank of Montreal (X) | A | Int./Div. | J | T | | | | | |
| 49. - BCE Inc New (X) | A | Int./Div. | J | T | | | | | |
| 50. - Morton Cmnty Bk Ill (x) | B | Interest | L | T | | | | | |
| 51. - ConocoPhillips Inc. (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Ally Bk Midvale UT CD (X) | | None | L | T | | | | | |
| 53. - Capital One BK Glen Allen VA (X) | | None | L | T | | | | | |
| 54. - Doral BK Catano PR (X) | | None | K | T | | | | | |
| 55. - Frontier Comm Corp (X) | A | Int./Div. | J | T | | | | | |
| 56. - GE Money BK Draper UT (X) | | None | L | T | | | | | |
| 57. - Regions Financial Corp (X) | A | Int./Div. | J | T | | | | | |
| 58. - Strips-Tint (X) | A | Int./Div. | J | T | | | | | |
| 59. ▮▮▮ exercise of POA re ▮▮▮ IRA* | | | | | | | | | See Part VIII |
| 60. - US Gov Money Mkt Fund (X) | A | Interest | J | T | | | | | |
| 61. - Energen Corp (X) | A | Int./Div. | L | T | | | | | |
| 62. - Verizon Comm (X) | A | Int./Div. | J | T | | | | | |
| 63. ▮▮▮ exercise of POA re ▮▮▮ IRA* | | | | | | | | | See Part VIII |
| 64. - US Govt Money Mkt Fund RBC Investor Clas (X) | A | Interest | J | T | | | | | |
| 65. - Energen Corp (X) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) The rental property appearing on line 13 of part VII, is a former residence that we converted into rental property beginning in July 2010.

2) The entries in Part VII marked with an asterisk (and in column (5) with "see Part VIII") are all items for which     has a power of attorney granted by     parents to care for them and pay their bills and expenses. The assets are theirs. The power of attorney (granted in Sept 2011) relates to (1) a living trust, the assets of which are identified as items 15-58 in Part VII; (2)     IRA, which are items 60-62 in Part VII; and (3)     IRA which are items 64-65 in Part VII. Because     has exercised the power of attorney over some of the items in each category, all of the items under each account covered by the POA are listed. I have no authority over the asets, nor any power of attorney relating to the assets. The items are listed here solely for completeness sake.

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/02/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald G. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544